Alabama Disabilities
Advocacy Program

**THE UNIVERSITY OF**
**ALABAMA**
FOUNDED 1831

Protection & Advocacy for
Persons with Developmental
Disabilities

Protection & Advocacy for
Individuals with Mental Illness

Protection & Advocacy of
Individual Rights

Protection & Advocacy for
Assistive Technology

Protection & Advocacy for
Individuals with
Traumatic Brain Injury

Protection & Advocacy for
Beneficiaries of Social Security

Protection & Advocacy for
Voting Accessibility



500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205)348-4928
(800)826-1675
FAX (205)348-3909
www.ADAP.net

Designated by the Governor to
The University of Alabama in accordance
with Public Laws 100 - 146 and 99 - 319.
ADAP is The Protection and Advocacy
System for Alabama on behalf of persons
with disabilities.

October 20, 2005

*Via U.S. Mail and Facsimile*
*(334-215-1453)*

Mr. Walter Wood
Executive Director
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057

Re: ▮▮▮▮▮▮

Dear Mr. Wood:

I have received complaints regarding the alleged abuse and neglect of ▮▮▮▮▮▮, a youth detained at Chalkville. Based on these complaints and a preliminary investigation, ADAP has probable cause to believe that a serious and immediate threat to ▮▮ ▮▮ health and safety exists.

Therefore, pursuant to 42 U.S.C. § 10805(a)(4)(C), please make the following records available within 24 hours:

- ▮▮▮▮▮▮ individual records, including but not limited to her intake interview and assessment, treatment plan, medical records, physician orders regarding medication, medication logs, and seclusion log;
- Any complaints filed by ▮▮▮▮▮▮;
- Any incident reports and records related to investigations DYS has undertaken involving ▮▮▮▮;
- Training logs and/or information regarding training staff may have received regarding the use of restraint and seclusion;
- Information regarding the specific training ▮▮▮▮▮▮ has received regarding the use of restraint and seclusion;
- Any policies DYS or Chalkville maintains regarding the use of seclusion and restraint.

Exhibit 1

▇▇▇▇▇▇ and ▇▇ mother, ▇▇▇▇▇▇▇ have consented to the release of these records. If you would like to confirm this with ▇▇▇▇▇▇ you may reach her at ▇▇▇▇▇▇.

Furthermore, pursuant to 42 U.S.C. § 10805(a)(1)(A) and 42 C.F.R. § 51.41(b), I will need to speak with the following Chalkville staff and residents, for the purposes of conducting a full investigation: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

Please make these individuals available at 9:00 a.m. on Friday, October 21, 2005, at Chalkville. However, if there is another time that would be more convenient for the staff, please contact me to discuss alternatives.

If you have any questions or would like to discuss this situation further, please contact me at 205-348-4928.

Thank you for your assistance in this matter.

Sincerely,

Jennifer Lav
Staff Attorney

cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Alabama Disabilities
Advocacy Program

THE UNIVERSITY OF
ALABAMA
FOUNDED 1831

Protection & Advocacy for
Persons with Developmental
Disabilities

Protection & Advocacy for
Individuals with Mental Illness

Protection & Advocacy of
Individual Rights

Protection & Advocacy for
Assistive Technology

Protection & Advocacy for
Individuals with
Traumatic Brain Injury

Protection & Advocacy for
Beneficiaries of Social Security

Protection & Advocacy for
Voting Accessibility

ADAP

500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205)348-4928
(800)826-1675
FAX (205)348-3909
www.ADAP.net

Designated by the Governor to
The University of Alabama in accordance
with Public Laws 100 - 146 and 99 - 319.
ADAP is The Protection and Advocacy
System for Alabama on behalf of persons
with disabilities.

October 21, 2005

*Via U.S. Mail and Facsimile*
*(334-215-3872)*

Mr. William Samford
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057

Re: ▇▇▇▇▇▇▇

Dear Mr. Samford:

Enclosed please find printouts of the law cited in my October 20, 2005 letter. As I stated in our telephone conversation today, the law is clear that ADAP, as the Protection and Advocacy agency for Alabama, has the right to access ▇▇▇▇▇▇ records and to speak with residents and staff at Chalkville for the purposes of investigating incidents of abuse and neglect.

I am reiterating my request that ▇▇▇▇▇▇ records be released today, and my request for immediate access to the individuals listed in my October 20, 2005 letter.

Given the urgent nature of this situation, please contact me today at 205-348-4928. You may also reach me on my cell phone, at any time, at (202) 744-7315.

Thank you for your assistance in this matter.

Sincerely,

Jennifer Lav
Staff Attorney

Enclosures

Exhibit 2

STATE OF ALABAMA
DEPARTMENT DYS SERVICES

BOB RILEY
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057

J. WALTER WOOD, JR.
EXECUTIVE DIRECTOR

October 21, 2005

Jennifer Lav, Esq.
Alabama Disabilities Advocacy Program
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395

RE:  Letter to Walter Wood dated October 20, 2005

Dear Ms. Lav:

Executive Director Wood has referred the above letter to this office. Please insure that all further contact with anyone at the Alabama Department of Youth Services be arranged through Dudley Perry or me. This will apply to any attorney or agent of ADAP.

I placed a telephone call to you yesterday afternoon and left a message on your voicemail that I would review the above letter and call you this morning. Please let this letter, sent to you by facsimile and regular mail, substitute for that promised telephone call. I prefer that all contact be by written documents if possible.

This office will respond immediately to complaints of alleged abuse of committed children received from ADAP. Please forward to me whatever complaints you have received. As you know, the department is subject to certain statutory responsibilities with reference to children committed to our custody.

Sincerely,

William J. Samford, II
General Counsel

WJS/cdr

cc: J. Walter Wood, Jr.

Exhibit 3



Alabama Disabilities Advocacy Program

# THE UNIVERSITY OF ALABAMA
### FOUNDED 1831

Protection & Advocacy for Persons with Developmental Disabilities

Protection & Advocacy for Individuals with Mental Illness

Protection & Advocacy of Individual Rights

Protection & Advocacy for Assistive Technology

Protection & Advocacy for Individuals with Traumatic Brain Injury

Protection & Advocacy for Beneficiaries of Social Security

Protection & Advocacy for Voting Accessibility



500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205)348-4928
(800)826-1675
FAX (205)348-3909
www.ADAP.net

Designated by the Governor to The University of Alabama in accordance with Public Laws 100-146 and 99-319. ADAP is The Protection and Advocacy System for Alabama on behalf of persons with disabilities.

October 21, 2005

*Via U.S. Mail and Facsimile*
*(334-215-3872)*

Mr. William Samford
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057

Dear Mr. Samford:

I received your October 21, 2005 letter via facsimile today.

If access to records, facilities, or residents is denied, the facility is required to promptly provide written justifications for the denial. 42 C.F.R. § 51.43. You have not provided any written justifications beyond the vague statement that "the department is subject to certain statutory responsibilities with reference to children committed to our custody." Please do so immediately.

ADAP is clearly entitled to the access I requested in my October 20, 2005 letter. See <u>Alabama Disabilities Advocacy Program v. J.S. Tarwater Developmental Center</u>, 97 F.3d 492 (11th Cir. 1996).

Furthermore, ADAP is under no obligation to release any information about complaints we have received. As I stated in our October 21, 2005 telephone conversation, I am happy to provide you with any information we are required to provide under the law. However, we have an obligation to keep confidential "any all records and information, including information contained in any automated electronic database pertaining to . . . [the i]dentity of individuals who report incidents of abuse or neglect or furnish information that forms the basis for a determination that probable cause exists." 42 C.F.R. § 51.45.

Case law supports the determination that the only information ADAP must reveal is the fact that we have probable cause to believe that ▆▆▆▆ is an individual who is eligible for Protection and Advocacy services, and that we have probable cause

Exhibit 4

to believe that she has been subjected to abuse or neglect at the Chalkville DYS facility. See generally Alabama Disabilities Advocacy Program v. J.S. Tarwater Developmental Center, 97 F.3d 492 (11th Cir. 1996); Maryland Disability Law Center, Inc. v. Mount Washington Pediatric Hospital, Inc., 106 Md. App. 55, 664 A.2d 16 (Md. Ct. of Special Appeals 1995); Iowa Protection and Advocacy Services, Inc. v. Gerad Treatment Programs, L.L.C., 2004 WL 2270002 (N.D. Iowa, June 14, 2002).

Therefore, ADAP will not, as you requested, "forward ... whatever complaints ... [we] have received." We have an obligation to conduct an independent investigation of complaints received.

As I have previously indicated, I am more than willing to discuss this situation with you, and I hope that we can resolve this. You may contact me at (205) 348-4928, or after regular business hours at (202) 744-7315.

However, if, by 5 p.m. on Monday, October 24, 2005, ADAP does not have access to Chalkville staff and residents, or if you do not release ▮▮▮▮▮▮▮▮▮▮ we will seek redress in court in the form of a temporary restraining order and injunction.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Jennifer Lav
Staff Attorney



Alabama Disabilities
Advocacy Program



THE UNIVERSITY OF
ALABAMA
FOUNDED 1831

Protection & Advocacy for
Persons with Developmental
Disabilities

Protection & Advocacy for
Individuals with Mental Illness

Protection & Advocacy of
Individual Rights

Protection & Advocacy for
Assistive Technology

Protection & Advocacy for
Individuals with
Traumatic Brain Injury

Protection & Advocacy for
Beneficiaries of Social Security

Protection & Advocacy for
Voting Accessibility



500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
(205) 348-4928
(800) 826-1675
FAX (205) 348-3909
www.ADAP.net

Designated by the Governor to
The University of Alabama in accordance
with Public Laws 100 - 146 and 99 - 319.
ADAP is The Protection and Advocacy
System for Alabama on behalf of persons
with disabilities.

October 24, 2005

*Via U.S. Mail and Facsimile*
*(334-215-3872)*

Mr. William Samford
Department of Youth Services
P.O. Box 66
Mt. Meigs, AL 36057



Dear Mr. Samford:

    I am writing to arrange a confidential legal visit with my client, ▮▮▮▮▮ on Wednesday, October 26, 2005, at 2:45 p.m., at the Chalkville Campus of DYS. If this time is not convenient, please contact me to set up an alternative time.

    Please inform me by 4:30 p.m. today, October 24, 2005, if permission to see ▮▮▮▮▮ will be granted.

    As always, you may reach me at (205) 348-4928. Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Jennifer Lav
Staff Attorney

Exhibit 5

STATE OF ALABAMA



DEPARTMENT DYS SERVICES

**BOB RILEY**
GOVERNOR

POST OFFICE BOX 66
MT. MEIGS, ALABAMA 36057

**J. WALTER WOOD, JR.**
EXECUTIVE DIRECTOR

October 24, 2005

Jennifer Lav, Esq.
Alabama Disabilities Advocacy Program
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487-0395

RE: ADAP

Dear Ms. Lav:

Upon review of your requests and citation of authority, I have reason to question both the representative relationship you cite with a student at DYS as well as the appropriateness of ADAP intervention for this cause as this time. Until these matters are resolved, I cannot permit access to any student.

Sincerely,

William J. Samford II
General Counsel

WJS/cdr

Exhibit 7