IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) Plaintiff, ) ) ) v. ) ) J. WALTER WOOD, JR. in his official ) capacity as Executive Director of the ) Alabama Department of Youth Services, ) ) Defendant. ) | **MOTION TO PLACE EXHIBITS UNDER SEAL**<br><br>Civil Action No. 2:05cv1030-T |

## MOTION TO PLACE EXHIBITS UNDER SEAL AND TO IDENTIFY J.P. AND J.P.'S MOTHER BY INITIALS ONLY

For the following reasons, Plaintiff respectfully requests that this Court place the exhibits in this action under seal, and seeks permission to identify the minor at issue, J.P., and her mother, A.W., by initials only:

1. J.P. is the individual about whom Alabama Disabilities Advocacy Program ("ADAP") received complaints stating that she had been subjected to abuse and neglect;

2. J.P. is a minor;

3. Under state law, J.P.'s juvenile records must remain confidential;

4. The exhibits necessary for this cause of action contain information that personally identifies J.P.; and

5. Unless J.P. and her mother, A.W., are identified only by their initials, and unless the exhibits are placed under seal, the confidentiality of J.P. and her juvenile records will be compromised.

Respectfully Submitted,

*/s/ Lauren Carr*

LAUREN CARR
State Bar no. ASB-1878-R65L
lcarr@adap.ua.edu

JENNIFER LAV
State Bar no. ASB-2817-E26L
jlav@adap.ua.edu

ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I served a copy of the foregoing on J. Walter Wood Jr., Executive Director of the Alabama Department of Youth Services, via Certified U.S. Mail, Return Receipt Requested.

Respectfully Submitted,

*Lauren Carr*

Lauren Carr
ASB-1878-R65L
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)
lcarr@adap.ua.edu