AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Middle District of Alabama

Alabama Disabilities Advocacy Program

V.

J. Walter Wood Jr., in his official capacity as Executive Director for the Alabama Department of Youth Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV 1030-T

TO: (Name and address of Defendant)

J. Walter Wood, Jr.
P.O. Box 66
Mt. Meigs, Alabama 36057

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lauren Carr
Alabama Disabilities Advocacy Program
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 10/28/05

(By) DEPUTY CLERK