IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF APPEARANCE** |
| v. | ) ) | Civil Action No. 2:05cv01030 |
| J. WALTER WOOD, JR. in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) | Judge Thompson |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take note that the undersigned hereby enters his appearance as counsel for Plaintiff Alabama Disabilities Advocacy Program in the above-captioned action. I hereby certify that I am admitted to practice in the United States District Court for the Middle District of Alabama.

Respectfully Submitted,

/s James A. Tucker
James A. Tucker
Bar #: ASB-6986-T39J
jtucker@adap.ua.edu

James A. Tucker
Lauren Carr
Jennifer Lav
Alabama Disabilities Advocacy Program
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (voice)
(205) 348-3909 (facsimile)
**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to William J. Samford, II, and that I mailed the foregoing, via United States Mail, to:

William J. Samford, II
P.O. Box 66,
Mt. Meigs, Alabama, 36507.

                                        Respectfully Submitted,

                                        /s James A. Tucker
                                        James A. Tucker