**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Walter Wood, Jr.
   Department of Youth Services
   P.O. Box 66
   Mt. Meigs, AL 36057

   7000 1670 0005 1276 1238

2. Article Number (Copy from service label)

   7000 1670 0005 1276 1238

PS Form 3811, July 1999

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Gina Carleton
B. Date of Delivery: 10/31/05
C. Signature: X Gina Carleton
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:05CV1030-T
   c, br + cmotion

3. Service Type
   ☑ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-00-M-0952