IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) ) | 2:05cv1030-T |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, ) ) ) ) ) ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that plaintiff Alabama Disabilities Advocacy Program's motion to place exhibits under seal (Doc. No. 3) is granted.

DONE, this the 4th day of November, 2005.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**