IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:05cv1030-T (WO) |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that plaintiff Alabama Disabilities Advocacy Program's request for preliminary injunction (Doc. No. 1) is set for a scheduling conference at 8:15 a.m. on November 10, 2005.  Counsel for plaintiff are to contact defense counsel and arrange for the conference to be conducted by telephone.

DONE, this the 4th day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE