IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALABAMA DISABILITY ADVOCACY PROGRAM ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 2:05CV1030 |
| J. WALTER WOOD, JR in his official capacity as Executive Director of the Alabama Department of Youth Services ) ) ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now T. Dudley Perry, Jr., and files this appearance on behalf of the Defendants, in the above styled matter.

        Respectfully submitted,
        TROY KING
        ATTORNEY GENERAL

        s/ T. Dudley Perry, Jr.
        T. Dudley Perry, Jr.
        Bar Number : 3985-R67T
        Deputy Attorney General
        Attorney for the Defendants
        Alabama Department of Youth Services
        Post Office Box 66
        Mt. Meigs, AL 36057
        Telephone: 334-215-3803
        Fax: (334) 215-3872
        E-Mail: dudley.perry@dys.alabama.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of November 2005, I electronically filed the foregoing Notice of Appearance, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James A. Tucker
>Lauren Carr
>Jennifer Lav
>Alabama Disabilities Advocacy Program
>University of Alabama
>Box 870395
>Tuscaloosa, AL 35487
>(205) 348-4928 (voice)
>(205) 348-3909 (fax)

>s/T. Dudley Perry Jr.
>T. Dudley Perry, Jr.
>Bar Number : 3985-R67T
>Deputy Attorney General
>Attorney for the Defendants
>Alabama Department of Youth Services
>Post Office Box 66
>Mt. Meigs, AL 36057