IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) | |
| Plaintiff, ) ) ) | **EXHIBITS UNDER SEAL** |
| v. ) ) | Civil Action No. 2:05cv01030 |
| J. WALTER WOOD, JR. in his official capacity as Executive Director of the Alabama Department of Youth Services, ) ) ) ) ) | Judge Thompson |
| Defendant. ) | |

**MOTION TO SUBMIT UNREDACTED VERSIONS OF ORIGINAL EXHIBITS**

Pursuant to this court's order (Doc. No. 7) granting plaintiff's motion to place exhibits under seal, plaintiff Alabama Disabilities Advocacy (ADAP) program respectfully submits the following exhibits to its Memorandum of Law in Support of Application for Preliminary Injunction (Doc. No. 2). These exhibits, **under seal**, will replace and supplement, in their entirety, the redacted documents submitted to the court in conjunction with plaintiff's Memorandum of Law:

1. Exhibit 1 (October 20 letter from ADAP to Walter Wood);

2. Exhibit 2 (first October 21 letter from ADAP to William Samford);

3. Exhibit 3 (October 21 letter from William Samford to ADAP);

4. Exhibit 4 (second October 21 letter from ADAP to William Samford);

5. Exhibit 5 (October 24 letter from ADAP to William Samford);

6. Exhibit 6 (photographs of J.P.'s injuries (photographs A, B, C, D, E, & F); and

7      Exhibit 7 (October 24 letter from William Samford to ADAP).

                Respectfully Submitted,

*/s/ Jennifer Lav*
JENNIFER LAV
State Bar no. ASB-2817-E26L
jlav@adap.ua.edu

LAUREN CARR
State Bar no. ASB-1878-R65L
lcarr@adap.ua.edu

JAMES A. TUCKER
State Bar no. ASB-6986-T39J
jtucker@adap.ua.edu

ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)

ATTORNEYS FOR PLAINTIFF

3

CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2005, I mailed a copy of the foregoing to J. Walter Wood Jr., Executive Director of the Alabama Department of Youth Services, via United States Postal Service.

      Respectfully Submitted,

JENNIFER LAV
State Bar no. ASB-2817-E26L
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)
jlav@adap.ua.edu