# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   NOVEMBER 10, 2005          AT       8:35       A.M./P.M.

DATE COMPLETED   NOVEMBER 10, 2005          AT       8:45       A.M./P.M.

ALABAMA DISABILITIES ADVOCACY   )
PROGRAM                         )
                                )
            Plaintiff            )
                                )
     v                          )   CA No. 2:05-cv-1030-T
                                )
J. WALTER WOOD, JR.             )
                                )
            Defendant            )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty James Tucker, Jennifer Lav | X | Atty Thornton Dudley Perry, Jr. |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, Courtroom Clerk | Law Clerks: Kevin Kish, Glory McLaughlin | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(X) OTHER PROCEEDING:   SCHEDULING CONFERENCE

8:35 a.m.     Telephone scheduling conference commenced.
              1) Motion to Place Exhibits Under Seal, etc. (dn 3):
              No objections to motion; motion will be granted.
              2) Settlement: Parties are hopeful that case will settle.
              3) Application for Preliminary Injunction:
              Parties heard as to whether the matter may be heard on the
              merits of the case (as a permanent injunction rather than a
              preliminary injunction) and whether the discovery period may
              be shortened.  Matter will be set for hearing on the merits
              subject to change to a preliminary injunction hearing, if
              necessary.
              4) Mediation:  Parties are interested in mediation before
              the magistrate judge.
8:45 a.m.     Order to issue setting hearing and the court will contact
              the magistrate judge regarding mediation.
              Conference concluded.