IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALABAMA DISABILITIES ADVOCACY PROGRAM,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **CIVIL ACTION NO. 2:05cv1030-T** |
| **J. WALTER WOOD, JR.,** in official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER

By agreement of all parties, it is ORDERED that the motion to submit un-redacted versions (Doc. No. 10) is granted.

DONE, this the 10th day of November, 2005.

                                             /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**