IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA DISABILITIES        )
ADVOCACY PROGRAM,           )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )         2:05cv1030-T
                            )
J. WALTER WOOD, JR., in     )
official capacity as        )
Executive Director of the   )
Alabama Department of       )
Youth Services,             )
                            )
    Defendant.              )
```

ORDER

Based upon the representations made during a scheduling conference on November 10, 2005, it is ORDERED as follows:

(1) This cause is set for final hearing on the merits on December 20, 2005, at 10:00 a.m, at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

(2) The plaintiff is to file its pre-trial brief by December 14, 2005, and the defendant is to do the same by December 16, 2005.

(3) The parties are to complete discovery by December 12, 2005. The period for responding to all discovery is shortened to three days.

(4) The parties are to exchange lists of witnesses and exhibits by December 7, 2005.

DONE, this the 14th day of November, 2005.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE