IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 2:05cv1030-T |
| J. WALTER WOOD, JR., in his official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Comes now Nancy Ellen Anderson, with the Alabama Disabilities Advocacy Program, and files this, her notice of appearance, as additional counsel for the Plaintiff in the above-styled action.

Respectfully submitted this 15th day of November, 2005.

_____
Nancy Ellen Anderson (ASB-3738-R67N)
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
205.348.4928
Email: nanderso@adap.ua.edu

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by placing a copy of the same in the U.S. Mail, with proper first-class postage prepaid, to the following:

>Hon. William Samford II
>Deputy Attorney General
>Department of Youth Services
>Post Office Box 66
>Mt. Meigs, AL  36057
>
>Hon. T. Dudley Perry, Jr.
>Deputy Attorney General
>Department of Youth Services
>Post Office Box 66
>Mt. Meigs, AL  36057

Done this 15th day of November, 2005.

>*[signature]*
>Nancy Ellen Anderson (ASB-3738-R67N)
>Alabama Disabilities Advocacy Program
>Box 870395
>Tuscaloosa, AL  35487
>205.348.4928
>Email:  nanderso@adap.ua.edu