IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) ) ) Plaintiff, ) ) ) v. ) ) J. WALTER WOOD, JR. in his official capacity as Executive Director of the Alabama Department of Youth Services, ) ) ) ) Defendant. ) | Civil Action No. 2:05cv01030 Judge Thompson |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD

Jennifer Lav, counsel for Plaintiff Alabama Disabilities Advocacy Program, respectfully requests that the court grant her motion to withdraw as counsel, based on the following facts:

1. After November 18, 2005, she will no longer be employed at Alabama Disabilities Advocacy Program; and

2. Plaintiff Alabama Disabilities Advocacy Program will continue to be represented by Lauren Carr and James Tucker.

Respectfully Submitted,

**/s Jennifer Lav**
JENNIFER LAV
State Bar no. ASB-2817-E26L
jlav@adap.ua.edu

LAUREN CARR
State Bar no. ASB-1878-R65L
lcarr@adap.ua.edu

JAMES A. TUCKER
State Bar no. ASB-6986-T39J
jtucker@adap.ua.edu

ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, Alabama 35487
(205) 348-4928 (Phone)
(205) 349-3909 (Facsimile)


ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

     I hereby certify that on November 18, 2005, I served Thornton Dudley Perry, Jr., Defendant's counsel, by filing the above motion through the CM/ECF system.

                                                         Respectfully Submitted,

                                                **/s Jennifer Lav**
                                                State Bar no. ASB-2817-E26L
                                                ALABAMA DISABILITIES ADVOCACY PROGRAM
                                                University of Alabama
                                                Box 870395
                                                Tuscaloosa, Alabama 35487
                                                (205) 348-4928 (Phone)
                                                (205) 349-3909 (Facsimile)
                                                jlav@adap.ua.edu