IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv1030-T |
| J. WALTER WOOD, JR., in official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 15) is granted.

DONE, this the 21st day of November, 2005.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE