# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 21, 2005          AT        9:36        A.M./P.M.

DATE COMPLETED   DECEMBER 21, 2005          AT        9:41        A.M./P.M.

ALABAMA DISABILITIES ADVOCACY   )
PROGRAM,                        )
                                )
            Plaintiff,          )
                                )
     v                          )   CA No. 2:05cv1030-T
                                )
J. WALTER WOOD, JR., etc.,      )
                                )
            Defendant           )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Attys James Tucker, Nancy Anderson | X | Atty Thornton Dudley Perry |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Glory McLaughlin, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   STATUS CONFERENCE


9:36 a.m.      Telephone status conference commenced.
               Plaintiff's representation that parties have not reached a
               final agreement (one or two legal questions are still in
               dispute) and that parties are willing to file a joint motion
               to stay the proceeding until 4/30/06 or until further notice
               as to settlement. Court directs that additional status
               conference will be set for around 4/30/06, that if agreement
               has been reached, settlement papers should be ready at that
               time and if no agreement has been reach, trial will be set
               thereafter. Motion to stay not necessary; parties'
               representations treated as a **joint oral motion to continue
               proceeding**; order to issue granting motion.
9:41 a.m.      Conference concluded.