IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ALABAMA DISABILITIES        )
ADVOCACY PROGRAM,           )
                            )
    Plaintiff,          )
                            )        CIVIL ACTION NO.
    v.                  )        2:05cv1030-T
                            )
J. WALTER WOOD, JR., in     )
official capacity as        )
Executive Director of the   )
Alabama Department of       )
Youth Services,             )
                            )
    Defendant.          )

ORDER

Based upon the representations made during a scheduling conference on December 21, 2005, it is ORDERED as follows:

    (1) The parties' oral motion to continue all proceedings is granted.

    (2) All proceedings are continued generally.

    (3) Another scheduling conference is set for May 1, 2006, at 8:30 a.m.  Counsel for defendant is to

arrange for the conference to be conducted by telephone.

DONE, this the 21st day of December, 2005.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE