# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   May 1, 2006                AT   8:30   A.M./P.M.

DATE COMPLETED   May 1, 2006                AT   8:33   A.M./P.M.

ALABAMA DISABILITIES ADVOCACY PROGRAM       Civil Action
                                            2:05-CV-1030-MHT
         VS.

J. WALTER WOOD, JR.

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty James A. Tucker | X | Atty Thornton Dudley Perry |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Kevin Kish, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:    TELEPHONE STATUS CONFERENCE
                         RE: JOINT ORAL MOTION TO CONTINUE

8:30 a.m.        Plaintiff advises that all issues have been
                 resolved and that a voluntary dismissal
                 without prejudice will be filed by the end
                 of the week.  Defendant concurs with the
                 exception of to dismiss with or without
                 prejudice.
8:33 a.m.        Hearing concluded.