IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA


| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No.  2:05cv01030 | |
| ) | | |
| J. WALTER WOOD, JR. in his official ) | Judge Thompson | |
| capacity as Executive Director of the ) | | |
| Alabama Department of Youth Services, ) | | |
| ) | | |
| Defendant. ) | | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**


COMES NOW the plaintiff who, by and through undersigned counsel, gives

notice that this action is voluntarily dismissed without prejudice.


                                        Respectfully Submitted,


                                        __/s/ James A. Tucker_____
                                        James A. Tucker
                                        Ala. Bar No. ASB-6986-T39J
                                        jtucker@adap.ua.edu
                                        Nancy Anderson
                                        nanderso@adap.ua.edu
                                        ALABAMA DISABILITIES
                                        ADVOCACY PROGRAM (ADAP)
                                        University of Alabama
                                        Box 870395
                                        Tuscaloosa, Alabama 35487
                                        (205) 348-4928 (Phone)
                                        (205) 349-3909 (Facsimile)
                                        **ATTORNEYS FOR PLAINTIFF**


DATED: May 2, 2006




1

**<u>CERTIFICATE OF SERVICE</u>**

   I HEREBY CERTIFY that on this the 2d day of May, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

T. Dudley Perry, Jr., Esq.

         __/s/ James A. Tucker_____
         James A. Tucker
         Ala. Bar No. ASB-6986-T39J
         jtucker@adap.ua.edu
         Nancy Anderson
         nanderso@adap.ua.edu
         ALABAMA DISABILITIES
         ADVOCACY PROGRAM (ADAP)
         University of Alabama
         Box 870395
         Tuscaloosa, Alabama 35487
         (205) 348-4928 (Phone)
         (205) 349-3909 (Facsimile)