IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ALABAMA DISABILITIES ADVOCACY PROGRAM**  ) ) ) | |
| **Plaintiff,**  ) ) | |
| v.  ) ) | CIVIL ACTION NO. 2:05-cv-01030-MHT |
| **J. WALTER WOOD, JR.,** in official capacity as Executive Director of the Alabama Department of Youth Services,  ) ) ) ) ) ) | |
| **Defendant.**  ) | |

## ALABAMA DEPARTMENT OF YOUTH SERVICES' WITHDRAWAL OF OBJECTION

Comes now the Defendant J. Walter Wood, in his official capacity as Executive Director of the Alabama Department of Youth Services, by and through the undersigned attorney of record, and hereby withdraws any objection to the Plaintiff's voluntary dismissal of this action.

Respectfully Submitted,
TROY KING
ATTORNEY GENERAL

s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Assistant Attorney General
Attorney for the Defendants
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, AL 36057

Telephone: (334) 215-3803  
Fax: (334) 215-3872  
E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICES

I hereby certify that on the 4th day of May, 2006, I electronically filed the foregoing **WITHDRAWAL OF ITS OBJECTION** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

James A. Tucker  
Lauren Carr  
Nancy Ellen Anderson  
Alabama Disabilities Advocacy Program  
Box 870395  
Tuscaloosa, AL 35487

Respectfully submitted,  
TROY KING  
ATTORNEY GENERAL

s/T. Dudley Perry, Jr.  
T. Dudley Perry, Jr.  
Bar Number: 3985-R67T  
Assistant Attorney General  
Attorney for the Defendants  
Alabama Department of Youth Services