IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DISABILITIES ADVOCACY PROGRAM, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05cv1030-MHT (WO) |
| J. WALTER WOOD, JR., in official capacity as Executive Director of the Alabama Department of Youth Services, | ) ) ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the notice of voluntary dismissal without prejudice (doc. no. 22), it is the ORDER, JUDGMENT, and DECREE of the court that the notice is treated as a motion to dismiss without prejudice and said motion is granted.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE